**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02876-BNB

ERNEST SELHIME,

    Plaintiff,

v.

ERIC C. CARLSON, Medical Doctor,
JACOB F. PATTERSON, Medical Doctor,
DANNY ENGLAND, Physician's Assistant,
ROYAL HAVENS, Physician's Assistant,
SUSAN M. TIONA, Medical Doctor,
MARY GRIEB, Registered Nurse,
MARK WIENPHAL, Medical Doctor,
NOVA WALKER, Registered Nurse,
K.K., Unknown Name, Nurse Initials,
JODY BUFFMACK, Registered Nurse, and
ST. THOMAS MORE HOSPITAL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 7, 2013, Plaintiff filed a Motion for Permission to File Only a Copy of His Amended Complaint to the Court, ECF No. 18. The Motion is denied as unnecessary. Plaintiff is not required to submit copies to the Court, only the original pleading.

Dated: February 7, 2013