IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02876-BNB

ERNEST SELHIME,

      Plaintiff,

v.

ERIC C. CARLSON, Medical Doctor,
JACOB F. PATTERSON, Medical Doctor,
DANNY ENGLAND, Physician's Assistant,
ROYAL HAVENS, Physician's Assistant,
SUSAN M. TIONA, Medical Doctor,
MARY GRIEB, Registered Nurse,
MARK WIENPHAL, Medical Doctor,
NOVA WALKER, Registered Nurse,
K.K., Unknown Name, Nurse Initials, and
ST. THOMAS MORE HOSPITAL,

      Defendants.

---

## ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED March 1, 2013, at Denver, Colorado.

                            BY THE COURT:

                             s/ Boyd N. Boland_____
                            United States Magistrate Judge